**Opinion issued November 18, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00391-CV

———————————

**HARRIS COUNTY, Appellant**

**V.**

**HASAN GOKAL, Appellee**

---

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Case No. 2021-60942**

---

## MEMORANDUM OPINION

Another panel of this Court issued an opinion and judgment in this appeal on December 12, 2024, after which the appellee moved for rehearing and en banc reconsideration. While the appellee's motions remained pending before the Court, we abated the appeal for mediation, and the parties mediated and settled their

dispute. The parties now jointly ask us to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). Therefore, we reinstate the appeal to the Court's active docket, withdraw the Court's December 12, 2024 opinion and judgment, dismiss the appellee's motions for rehearing and en banc reconsideration as moot, and dismiss the appellant's appeal. *See id.*

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Caughey.